```
                                           FILED
                                      2008 DEC 15  AM 9:45
                                      CLERK US DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA

                                      BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07cr2459-W |
|---|---|---|
| Plaintiff, | ) | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | ) | |
| THANH DO, | ) | |
| Defendant. | ) | |

On September 9, 2008, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of THANH DO in the properties listed in the Indictment, namely,

> (1) computer images depicting minors engaging in sexually explicit conduct and the hard drives on which they are maintained,
>
> (2) one 120 GB Western Digital hard drive, serial number WMAEK1959628,
>
> (3) one 100 GB Western hard drive, serial number WMA9P11411629, and
>
> (4) one IBM Deskstar hard drive from a generic full-tower computer, serial number 11S07N8116Z1Z49P048264.

For thirty (30) consecutive days ending on October 25, 2008, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right

to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of THANH DO and any and all third parties in the following properties is hereby condemned, forfeited and vested in the United States of America:

(1) computer images depicting minors engaging in sexually explicit conduct and the hard drives on which they are maintained,

(2) one 120 GB Western Digital hard drive, serial number WMAEK1959628,

(3) one 100 GB Western hard drive, serial number WMA9P11411629, and

(4) one IBM Deskstar hard drive from a generic full-tower computer, serial number 11S07N8116Z1Z49P048264.

IT IS FURTHER ORDERED that costs incurred by the Federal Bureau of Investigation, U.S. Marshal, and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the U.S. Marshal shall dispose of the forfeited properties according to law.

DATED: 12/15/08

THOMAS J. WHELAN, Judge
United States District Court